**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**ANDRES GOMEZ,**

    **Plaintiff**　　　　　　　　　　　　　　Case Number:  0:20-cv-61776-WPD

**MATTROB, INC.,**

    **Defendant**

_____/

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff, pursuant to FRCP 41(a)(1)(A)(i) hereby gives this Honorable Court notice of dismissal of this action with prejudice.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: September 14, 2020　　　　　　　*/s/ Alberto R. Leal*.
　　　　　　　　　　　　　　　　　　　　Alberto R. Leal
　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 1002345
　　　　　　　　　　　　　　　　　　　　E-Mail: al@thelealfirm.com
　　　　　　　　　　　　　　　　　　　　The Leal Law Firm, P.A.